NO. 07-10-0063-CR
 
 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL B

 JULY 21, 2010
 ______________________________

 ISRAEL LEE DELEON, 

 Appellant

 v.

 THE STATE OF TEXAS, 

 Appellee
 _______________________________

 FROM THE 242ND DISTRICT COURT OF HALE COUNTY;

 NO. B17518-0801; HON. ED SELF, PRESIDING
 _______________________________
 
 Anders Opinion
 _______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.
 Appellant Israel Lee DeLeon was placed on deferred adjudication after pleading guilty to the offense of burglary of a habitation. The State sought to have his guilt adjudicated and after a hearing, the court revoked appellant's probation, adjudicated his guilt, and sentenced him to fifteen years confinement. 
 Appellant's appointed counsel has filed a motion to withdraw, together with an Anders1 brief, wherein he certifies that, after diligently searching the record, he has concluded that the appeal is without merit. Along with his brief, appellate counsel has attached a copy of a letter sent to appellant informing him of counsel's belief that there was no reversible error and of appellant's right to file a response or brief pro se. By letter dated May 21, 2010, this court also notified appellant of his right to file his own brief or response and set June 21, 2010, as the deadline to do so. To date, we have received no response. 
 In compliance with the principles enunciated in Anders, appellate counsel discussed potential areas for appeal. They include 1) the original plea of guilty and 2) the sufficiency of the evidence to support an adjudication of guilt. Counsel has explained why they lack merit. 
We have also conducted our own review of the record to assess the accuracy of appellate counsel's conclusions and to uncover any error pursuant to Stafford v. State, 813 S.W.2d 503 (Tex. Crim. App. 1991). Our own review has also failed to reveal any reversible error. 
 Accordingly, the motion to withdraw is granted, and the judgment is affirmed.2

 Brian Quinn 
 Chief Justice
Do not publish.